Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Alabama

_Southern_ Division

MICHAEL THOMAS
_____
Plaintiff(s)
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

SERV BANK
_____
Defendant(s)
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   23-cv-223-TFM-B
_____
_(to be filled in by the Clerk's Office)_

Jury Trial:  _(check one)_   ☐ Yes   ☒ No

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MICHAEL THOMAS |
| Street Address | 805 Morningview Dr |
| City and County | Thomasville |
| State and Zip Code | AL 36784 |
| Telephone Number | 334-830-0734 |
| E-mail Address | Kingvyrus @ gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                      Servbank

    Job or Title *(if known)*    Corporation

    Street Address         3138 E. Elwood St.

    City and County       Phoenix

    State and Zip Code    AZ 85034

    Telephone Number    866-867-0330

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Reserve Act Section 29, 15 USC 1605, Bill of exchange Act 1985
15 USC 1615, 12 USC 1431, Federal Reserve Act section 16 part 1 and 2,
Cestui Que Vie Act
Breach of Contract

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the

State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated

under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of

the State of *(name)* _____. Or is a citizen of

*(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.     If the defendant is a corporation

          The defendant, *(name)* _____ , is incorporated under

          the laws of the State of *(name)* _____ , and has its

          principal place of business in the State of *(name)* _____ .

          Or is incorporated under the laws of *(foreign nation)* _____ ,

          and has its principal place of business in *(name)* _____ .

          *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy

          The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_See attached affidavit_

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_See attached affidavit_

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        6-13-2023

Signature of Plaintiff

Printed Name of Plaintiff        Michael Thomas

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

FILED JUN 13 '23 AM 11:53 USDCALS

# Affidavit

On the 21st day of April, I, Thomas, Michael/agent, on behalf of MICHAEL THOMAS/Principal, hereby accept all titles, rights, intertest and equity owed to MICHAEL THOMAS/Principal. I hereby instruct the CFO, Richard Toma, of Serv Bank to apply the principal's balance $149,808.43 to the principal's account#            ; for set off. I instruct the CFO to communicate in writing within five (5) business days once instructions are completed. If instructions are not completed, I instruct the CFO to respond within five (5) business days giving reason of non-performance of fiduciary duties. If no communication is made within five (5) business days I Thomas, Michael/agent on behalf of MICHAEL THOMAS/PRINCIPAL can assume that instructions have been completed.

Michael Thomas  Apr/ 21, 2023

**Agent Signature and Date**

Michael Thomas

**Agent Printed Name**

# Affidavit

## OPPORTUNITY TO CURE (Second Tier)

On the 28th day of April, I, Thomas, Michael/agent, on behalf of MICHAEL THOMAS/Principal, hereby accept all titles, rights, intertest and equity owed to MICHAEL THOMAS/Principal. I hereby instruct the CFO, Richard Toma, of Serv Bank to transfer the principal's balance to the principal's account# for set off. I instruct the CFO to communicate in writing within five (5) business days once instructions are completed. If instructions are not completed, I instruct the CFO to respond within five (5) business days in writing giving reason for non-performance of fiduciary duties. If no communication is made within five (5) business days I, Thomas, Michael/agent on behalf of MICHAEL THOMAS/PRINCIPAL can assume that instructions have not been completed.

_Michael Thomas  4-28-2023_

**Agent Signature and Date**

_Michael Thomas_

**Agent Printed Name**

Allied First Bank,Sb Dba Servbank
3138 E. Elwood St
Phoenix, AZ 85034

*Accepted*

*For deposit*

*Pay on demand*

Michael J Thomas

805 Morningview Dr

Thomasville, AL 36784

April 26, 2023
PAYOFF STATEMENT

Requestor:

Michael Thomas

*Account number:*

*One hundred forty nine thousand eight hundred eight dollars 43/100*

*Payable to bearer*

Customer(s):
Michael J Thomas

Loan No:
Loan Type: RHS
Property Address:
  805 Morningview Dr
  Thomasville AL 36784

*Michael Thomas / agent*
*For: MICHAEL THOMAS/Principal*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
          ONLY CERTIFIED FUNDS OR WIRE WILL BE ACCEPTED FOR PAYOFF

   Wiring Instructions:
   Allied First Bank
   ABA:
   For further credit to: Allied First Bank,Sb Dba Servbank ,

To pay with cashier's check, certified check or attorneys trust check,
please send to the return address above
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
These figures are good until May 23, 2023.
This loan is due for the April 01, 2023 payment.
The current total unpaid Principal Balance is:          $      149,808.43
Interest at 3.50000%                                             1,189.91
Escrow/Impound Overdraft                                        2,997.74
Restricted Escrow/Loss Draft Balance                        -153,847.28
Pro Rata MIP                                                     172.88
Unpaid NSF Charges                                                60.00
Recoverable Corporate Advance Balance                           141.65
Recording Fee                                                     6.00
Lien Release Doc Prep Fee                                         8.33
Additional Fees                                                    .00
Payoff Statement Fee                                              .00
   \* \* \* \* TOTAL AMOUNT TO PAY LOAN IN FULL \* \* \* \* \* \* $        537.66

Funds received after May 23, 2023 will require an additional
$ 14.37 interest per Day.

These figures are subject to final verification. Figures may be adjusted
if any check/money order is returned NSF or rejected by the institution
upon which it was drawn.

# Affidavit

## Default Judgement (Third Tier)

On the 5th day of May 2023, I, Thomas, Michael/agent, on behalf of MICHAEL THOMAS/Principal, hereby accept all titles, rights, intertest and equity owed to MICHAEL THOMAS/Principal. I hereby instruct the CFO, Richard Toma, of Serv Bank to transfer the principal's balance to the principal's account#                    for set off. I instruct the CFO to communicate in writing within five (5) business days once instructions are completed. If instructions are not completed, I instruct the CFO to respond within five (5) business days in writing giving reason for non-performance of fiduciary duties. If no communication is made within five (5) business days I, Thomas, Michael/agent on behalf of MICHAEL THOMAS/PRINCIPAL can assume that instructions have not been completed.

_Michael Thomas 5.5.2023_

**Agent Signature and Date**

_Michael Thomas_

**Agent Printed Name**

Allied First Bank,Sb Dba Servbank
3138 E. Elwood St
Phoenix, AZ 85034

*Accepted*

*For deposit*

*Pay on demand*

Michael J Thomas

805 Morningview Dr

Thomasville, AL 36784

*Payable to bearer*

Customer(s):
Michael J Thomas

April 26, 2023
PAYOFF STATEMENT

Requestor:

Michael Thomas

*Account number:*

*One hundred forty nine thousand eight hundred eight dollars 43/100*

Loan No:
Loan Type: RHS
Property Address:
  805 Morningview Dr
  Thomasville AL 36784

*Michael Thomas / Agent*
*For: MICHAEL THOMAS / Principal*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ONLY CERTIFIED FUNDS OR WIRE WILL BE ACCEPTED FOR PAYOFF

Wiring Instructions:
Allied First Bank
ABA:

For further credit to: Allied First Bank,Sb Dba Servbank ,

To pay with cashier's check, certified check or attorneys trust check,
please send to the return address above
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

These figures are good until May 23, 2023.
This loan is due for the April 01, 2023 payment.
The current total unpaid Principal Balance is:

| | | |
|---|---|---:|
| The current total unpaid Principal Balance is: | $ | 149,808.43 |
| Interest at 3.50000% | | 1,189.91 |
| Escrow/Impound Overdraft | | 2,997.74 |
| Restricted Escrow/Loss Draft Balance | | -153,847.28 |
| Pro Rata MIP | | 172.88 |
| Unpaid NSF Charges | | 60.00 |
| Recoverable Corporate Advance Balance | | 141.65 |
| Recording Fee | | 6.00 |
| Lien Release Doc Prep Fee | | 8.33 |
| Additional Fees | | .00 |
| Payoff Statement Fee | | .00 |
| \* \* \* \* TOTAL AMOUNT TO PAY LOAN IN FULL \* \* \* \* \* $ | | 537.66 |

Funds received after May 23, 2023 will require an additional
$ 14.37 interest per Day.

These figures are subject to final verification. Figures may be adjusted
if any check/money order is returned NSF or rejected by the institution
upon which it was drawn.

# Affidavit

## Default Judgement (Third Tier)

On the 12th day of May 2023, I, Thomas, Michael/agent, on behalf of MICHAEL THOMAS/Principal, hereby accept all titles, rights, intertest and equity owed to MICHAEL THOMAS/Principal. I hereby instruct the CFO, Richard Toma, of Serv Bank to transfer the principal's balance to the principal's account#                for set off. I instruct the CFO to communicate in writing within five (5) business days once instructions are completed. If instructions are not completed, I instruct the CFO to respond within five (5) business days in writing giving reason for non-performance of fiduciary duties. If no communication is made within five (5) business days I, Thomas, Michael/agent on behalf of MICHAEL THOMAS/PRINCIPAL can assume that instructions have not been completed.

_Michael_  5-12-2023

Agent Signature and Date

_Michael Thomas_

Agent Printed Name